815 A.2d 418

IN THE MATTER OF AGUSTIN SANCHEZ, A JUDGE OF THE UNION CITY MUNICIPAL COURT.

February 7, 2003.

## ORDER

The Advisory Committee on Judicial Conduct having filed a presentment recommending that **AGUSTIN SANCHEZ**, a Judge of the Municipal Court of Union City, be publicly reprimanded for violations of *Canons* 7A(3) and 7C of the *Code of Judicial Conduct* (*A Judge Shall Refrain From Political Activity*), *Rule* 1:17–1(h) (prohibiting partisan political activity by all persons employed by or regularly assigned to a municipal court), *Rule* 1:18 (requiring judges to enforce the provisions of *Rule* 1:17), and *Rules* 2:15–8(a)(5) and (6) (engaging in conduct prejudicial to the administration of justice that brings the judicial office into disrepute);

And respondent, through counsel, having waived his right to a hearing before the Supreme Court and having consented to the

imposition of the sanction recommended by the Advisory Committee on Judicial Conduct;

And good cause appearing;

It is ORDERED that the presentment of the Advisory Committee on Judicial Conduct is adopted, and **JUDGE AGUSTIN SANCHEZ** is hereby publicly reprimanded.